**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Nancy M Shaffer**
   Debtor(s)

Bankruptcy Case No.: 15–24075–GLT
Related to Docket No. 43
Chapter: 13
Docket No.: 44 – 43
Concil. Conf.: January 4, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 9, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 24, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 4, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 25, 2017

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-24075-GLT
Nancy M Shaffer                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2           Date Rcvd: Sep 25, 2017
                              Form ID: 213            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
```
db              +Nancy M Shaffer,    19 South Hamilton Avenue,    Greensburg, PA 15601-2707
cr              +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                  Pittsburgh, PA 15212-5861
14143888        +Adnan K. Nassur MD,    9173 Route 30,   Irwin, PA 15642-3779
14143889       ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank,    PO Box 85015,    Richmond, VA 23285)
14143890        +Cortrust Bank CC,    PO Box 7030,   Mitchell, SD 57301-7030
14143892        +Excela Health Medical Group,    PO Box 645189,    Pittsburgh, PA 15264-5189
14143893        +Hometown Oxygen Pittsburgh LLC,    DBA Dynamic Healthcare Services,    35 Sarhelm Rd.,
                  Harrisburg, PA 17112-3339
14143896        +KML Law Group, P.C.,    BNY Independence Center - Suite 5000,    701 Market Street,
                  Philadelphia, PA 19106-1538
14145899        +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
14143899        +New Century Financial Services, Inc.,    c/o Pressler & Pressler LLP,    7 Entin Road,
                  Parsippany, NJ 07054-5020
14207802        +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
                  Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14133181        +PNC Mortgage,    P.O. Box 8703,   Dayton, OH 45401-8703
14143900        +PNC Mortgage,    PO Box 1820,   Dayton, OH 45401-1820
14203725        +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5861,
                  Attn: Dawn Lindner
14143903        +Westmoreland Emergency Medicine Spec.,    PO Box 1348,    Indiana, PA 15701-5348
14143904        +Westmoreland Hospital,    532 W. Pittsburgh St.,    Greensburg, PA 15601-2282
14143905        +Westmoreland Regional Hospital,    532 W. Pittsburgh St.,    Greensburg, PA 15601-2282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14143891        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 26 2017 01:36:17     Credit One Bank,
                  PO Box 98873,    Las Vegas, NV 89193-8873
14143894         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 26 2017 01:31:06     Jefferson Capital,
                  16 McCleland Rd.,    Saint Cloud, MN 56303
14143895         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 26 2017 01:31:06     Jefferson Capital Systems,
                  16 McCleland Rd.,    Saint Cloud, MN 56303
14137272         E-mail/Text: bkr@cardworks.com Sep 26 2017 01:30:22     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14143897        +E-mail/Text: bkr@cardworks.com Sep 26 2017 01:30:22     Merrick Bank Corp.,    PO Box 9201,
                  Old Bethpage, NY 11804-9001
14143898        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2017 01:30:52     Midland Funding,
                  8875 Aero Drive,    San Diego, CA 92123-2555
14143901         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2017 01:56:30
                  Portfolio Recovery Assoc.,    120 Corporate Blvd.,    Norfolk, VA 23502
14149717         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2017 01:41:52
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
14143902      ##+Radiologic Consultants LTD,    514 Pellis Rd., Suite 200,    Greensburg, PA 15601-4593
                                                                                              TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                               Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel                 Page 2 of 2              Date Rcvd: Sep 25, 2017
                              Form ID: 213               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Scott R. Lowden    on behalf of Debtor Nancy M Shaffer niclowlgl@comcast.net
                                                                                             TOTAL: 6
```