Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Nancy M Shaffer** | : | Case No. 15−24075−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 43 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 18th of December, 2017,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 15-24075-GLT
Nancy M Shaffer                                                     Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 2       Date Rcvd: Dec 18, 2017
                              Form ID: 309                Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
db             +Nancy M Shaffer,    19 South Hamilton Avenue,    Greensburg, PA 15601-2707
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14143888       +Adnan K. Nassur MD,    9173 Route 30,    Irwin, PA 15642-3779
14143890       +Cortrust Bank CC,    PO Box 7030,    Mitchell, SD 57301-7030
14143892       +Excela Health Medical Group,    PO Box 645189,    Pittsburgh, PA 15264-5189
14143893       +Hometown Oxygen Pittsburgh LLC,    DBA Dynamic Healthcare Services,    35 Sarhelm Rd.,
                 Harrisburg, PA 17112-3339
14143896       +KML Law Group, P.C.,    BNY Independence Center - Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
14143899       +New Century Financial Services, Inc.,    c/o Pressler & Pressler LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
14207802       +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
                 Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14133181       +PNC Mortgage,    P.O. Box 8703,    Dayton, OH 45401-8703
14143900       +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
14203725       +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5861,
                 Attn: Dawn Lindner
14143903       +Westmoreland Emergency Medicine Spec.,    PO Box 1348,    Indiana, PA 15701-5348
14143904       +Westmoreland Hospital,    532 W. Pittsburgh St.,    Greensburg, PA 15601-2282
14143905       +Westmoreland Regional Hospital,    532 W. Pittsburgh St.,    Greensburg, PA 15601-2282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14143889        EDI: CAPITALONE.COM Dec 19 2017 01:23:00      Capital One Bank,    PO Box 85015,
                 Richmond, VA 23285
14143891       +EDI: RCSFNBMARIN.COM Dec 19 2017 01:23:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
14143894        EDI: JEFFERSONCAP.COM Dec 19 2017 01:23:00      Jefferson Capital,    16 McCleland Rd.,
                 Saint Cloud, MN 56303
14143895        EDI: JEFFERSONCAP.COM Dec 19 2017 01:23:00      Jefferson Capital Systems,    16 McCleland Rd.,
                 Saint Cloud, MN 56303
14137272        EDI: MERRICKBANK.COM Dec 19 2017 01:23:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
14143897       +EDI: MERRICKBANK.COM Dec 19 2017 01:23:00      Merrick Bank Corp.,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
14145899       +EDI: MID8.COM Dec 19 2017 01:23:00      Midland Credit Management, Inc. as agent for,
                 MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
14143898       +EDI: MID8.COM Dec 19 2017 01:23:00      Midland Funding,    8875 Aero Drive,
                 San Diego, CA 92123-2255
14143901        EDI: PRA.COM Dec 19 2017 01:23:00      Portfolio Recovery Assoc.,    120 Corporate Blvd.,
                 Norfolk, VA 23502
14149717        EDI: PRA.COM Dec 19 2017 01:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
14143902      ##+Radiologic Consultants LTD,    514 Pellis Rd., Suite 200,    Greensburg, PA 15601-4593
                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: dbas              Page 2 of 2         Date Rcvd: Dec 18, 2017
                             Form ID: 309            Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Scott R. Lowden    on behalf of Debtor Nancy M Shaffer niclowlgl@comcast.net
                                                                                             TOTAL: 6
```