**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| NANCY M SHAFFER | Case No.:15-24075 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/06/2015 and confirmed on 01/18/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 12,963.74 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,963.74 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,696.41 | |
|    Trustee Fee | 542.80 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,239.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 8,420.76 | 590.63 | 9,011.39 |
|     Acct: 4938 | | | | |
|   PNC BANK NA | 12,599.76 | 0.00 | 0.00 | 0.00 |
|     Acct: 4938 | | | | |
| | | | | 9,011.39 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NANCY M SHAFFER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC | 2,700.00 | 2,696.41 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4938 | | | | |

\*\*\* N O N E \*\*\*

| 15-24075 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| NEW CENTURY FINANCIAL SVCS INC<br>Acct: 0800 | 1,449.01 | 575.98 | 137.16 | 713.14 |
| ADNAN NASSUR MD<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 1087 | 425.32 | 0.00 | 0.00 | 0.00 |
| CORTRUST BANK<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ONE BANK<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| EXCELA HEALTH MEDICAL GROUP<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| HOMETOWN OXYGEN++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK<br>Acct: 7103 | 639.44 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 8753 | 666.68 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| RADIOLOGICAL CONSULTANTS LTD++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTMORELAND EMERGENCY MEDICAL<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTMORELAND HOSPITAL<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTMORELAND HOSPITAL<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 0403 | 194.78 | 0.00 | 0.00 | 0.00 |
| | | | | 713.14 |

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 9,724.53 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 12,599.76 |
| UNSECURED | 3.375.23 |

Date: 01/23/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com